UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:                                    CASE NO. 05-50005-PCY5
                                          CHAPTER 13
BRENDA KAY POWERS

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: CAPITAL ONE which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 388174 in the amount of $19.25 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

>　　/s/Leigh D. Hart or
>　　/s/William J. Miller, Jr.
>　　　OFFICE OF THE CHAPTER 13 TRUSTEE
>　　　POST OFFICE BOX 646
>　　　TALLAHASSEE, FL 32302
>　　　ldhecf@earthlink.net
>　　　(850) 681-2734 "Telephone"
>　　　(850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

BRENDA KAY POWERS                 CAPITAL ONE
2206 EAST 9TH STREET              P.O. BOX 85167
PANAMA CITY, FL 32401             RICHMOND, VA 23285

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

>　　/s/Leigh D. Hart or
>　　/s/William J. Miller, Jr.
>　　　OFFICE OF CHAPTER 13 TRUSTEE

3/24/2010 10:31 am / CR_213